IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| NANCY ELLEN HEARD, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 2:10cv00180 SWW |
| | * | |
| | * | |
| HELENA-WEST HELENA SCHOOL DISTRICT, | * | |
| | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed; the relief sought is denied.

IT IS SO ORDERED this 29th day of December 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE